AYANA K. YOUNG (SBN 261112)
LAW OFFICE OF AYANA K. YOUNG
2586 Appian Way
Pinole, CA 94564
PH. 510-417-2923
FAX 510-275-9381

Attorney for Plaintiff
DaDa'Ne Lane

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone:  (415) 202-5950
Facsimile:  (415) 202-5951
E-mail:  tvaldez@vtdlaw.com
Email: edoyle@vtdlaw.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DADA'NE LANE,<br><br>  Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1-10 inclusive,<br><br>  Defendants. | Case No.: 13-cv-00477-JAM-EFB<br>[Solano County Superior Court Case No. FCS 040645]<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)A)(ii) AND ORDER**<br><br>**Hon. John A. Mendez** |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by plaintiff DaDa'Ne Lane ("Plaintiff") on the one hand, and defendant Comcast Cable Communications Management, LLC ("Defendant"), on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.  All of Plaintiff's appeal rights are hereby waived.

**IT IS FURTHER STIPULATED** by and between Plaintiff and Defendant that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the terms of the parties' confidential settlement agreement.

DATED: December 20, 2013                LAW OFFICE OF AYANA K. YOUNG

                                        By:     /s/ Ayana K. Young
                                                Ayana K. Young
                                        Attorney for DaDa'Ne Lane; Plaintiff

DATED:  December 20, 2013               VALDEZ TODD & DOYLE LLP

                                        By:     /s/ Troy A. Valdez
                                                Troy A. Valdez

                                        Attorneys for Defendant

                                        COMCAST CABLE
                                        COMMUNICATIONS
                                        MANAGEMENT, LLC.

## ORDER

Based on the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff DaDa'Ne Lane's Complaint For Damages against Comcast Cable Communications Management, LLC *et al*. and all of the claims asserted therein are hereby **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  12/20/2013                      /s/ John A. Mendez_____

                                        THE HONORABLE JOHN A. MENDEZ

                                        UNITED STATES DISTRICT JUDGE